UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:                                                          CASE NO.: 08-07114-8-RDD

TEW JR., FREDDIE A.                                   SSN: XXX-XX-7703
TEW, JOYCE A.
DEBTOR(S)                                               CHAPTER 7

## Report of Unclaimed Funds Under
## Bankruptcy Rule 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 3 | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | $896.13 |

Dated: February 24, 2011

_____
Ocie F. Murray, Jr. Trustee

Attachment:  Check Number 1024

| Date: 02/18/11 | Check Number:   1024 | Amount:    896.13 |
|---|---|---|

Case Number:  08-07114-8-RDD
Debtor Name:  TEW JR., FREDDIE A.
SSN: 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

| Paid To: | **Clerk** **United States Bankruptcy Court** **Eastern District of North Carolina** **PO Drawer 2807** **Wilson, NC 27893** | Trustee:  OCIE F. MURRAY, JR., TRUSTEE  POST OFFICE DRAWER 53007  FAYETTEVILLE, NC  283053007 |
|---|---|---|

Description:    Claim 000003, Payment 100.00000%

Bank Account Number:   3758971190